NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON OSENKO, | |
| Plaintiffs, | |
| -v- | Civil Action No. 13-7548 (JAP) |
| NEW JERSEY RE-INSURANCE CO., *et al.*, | **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| Defendant(s). | |

This matter having come before the Court on the Report and Recommendation of the Honorable Lois Goodman, United States Magistrate Judge, filed on December 22, 2014 [docket #16] with regard to Plaintiff, Jon Osenko's ("Plaintiff") failure to comply with this Court's Orders; and the Court having received no objections pursuant to L. Civ. R. 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown, IT IS

**ON** this 6th day of January, 2015,

**ORDERED** that the Report and Recommendation of Magistrate Judge Goodman filed on December 22, 2014 [docket #16], is hereby ADOPTED as the findings of fact and conclusions of law of this Court; accordingly it is further

**ORDERED** that Plaintiff's Complaint is hereby DISMISSED with prejudice, as set forth in the Report and Recommendation; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

/s/ JOEL A. PISANO
United States District Judge